IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SADAKA DAVIS,                    )
                                 )
        Plaintiff,               )
                                 )        CIVIL ACTION NO.
        v.                       )        2:15cv664-MHT
                                 )            (WO)
VELMA TINSLEY,                   )
                                 )
        Defendant.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Sadaka Davis filed this lawsuit asserting that he was unlawfully arrested on the basis of a warrant signed by defendant Velma Tinsley, City of Clanton Municipal Court Clerk. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Davis's case be dismissed. Davis has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of November, 2015.

            /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE